UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Bethann Shannon

       Plaintiff                        07-cv-07926 (DLC)

      v.

Focus Features, LLC and
Universal Entertainment Corporation

       Defendants
_____

## AFFIDAVIT OF SERVICE

Paul C. Rapp, an attorney duly admitted in the State of New York, affirms under penalty of perjury:

I am not a party to this action and am over 18 years old.

On September 25, 2007 I served upon Universal Entertainment Corporation a corporation authorized to conduct business in the State of New York, the Order Show Cause (with supporting papers) issued September 20, 2007 in the above titled action by personally and delivering same upon Donna Christie, intake clerk at the New York State Department of State, located at 41 State Street, Albany, New York.

Housatonic, MA
September 25, 2007.

*[signature]*

_____
Paul C. Rapp, Esq
348 Long Pond Road
Housatonic, MA  01236

1

413.553.3189
413.528.2079 (fax)

2