UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Bethann Shannon                                   :
                                                  :   Case No. 07 CIV 7926 (DLC) (MHB)
                    Plaintiff,                     :
                                                  :
          v.                                      :   **RULE 7.1 DISCLOSURE**
                                                  :   **STATEMENT OF DEFENDANT**
Focus Features, LLC and                           :   **FOCUS FEATURES LLC**
Universal Entertainment Corporation               :
                                                  :
                    Defendants.                   :
-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Focus Features

LLC (sued erroneously as "Focus Features, LLC") certifies that the following are parent

corporations and/or corporations that own 10% or more of its stock:

1.    Focus Features LLC, a Delaware limited liability company, is indirectly owned by
      NBC Universal, Inc. a non-public entity.

2.    NBC Universal, Inc. is indirectly owned by General Electric Company, a publicly
      traded U.S. company, and Vivendi, S.A., a publicly traded French company.

3.    No other publicly held company owns more than 10% of the stock of either NBC
      Universal, Inc. or Focus Features LLC.

Dated:  October 22, 2007                S/ Julie Rikelman
                                        _____
                                        NBC UNIVERSAL, INC.

                                        David L. Burg (*pro hac vice pending*)
                                        100 Universal City Plaza
                                        Building 1280-6
                                        Universal City, California  91608
                                        Telephone:  (818) 777-1856
                                        Facsimile:  (818) 866-2166
                                        Email:  David.Burg@nbcuni.com

                                        Julie Rikelman (JR 4888)
                                        30 Rockefeller Plaza, Suite 1011E
                                        New York, New York 10112
                                        Telephone: (212) 664-4167
                                        Facsimile: (212) 664-6572
                                        Email: Julie.Rikelman@nbcuni.com

                                        Attorneys for Defendant Focus Features LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October 2007, I caused to be served by ECF a

true and correct copy of RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT FOCUS

FEATURES LLC upon the following individuals:


Paul C. Rapp
348 Long Pond Road
Housatonic, MA 01236
(413) 553-3189

Attorney for Plaintiff.




S/ Julie Rikelman