UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETHANN SHANNON,  )
  )
        Plaintiff,  )     Case No. 07 CIV 7926 (DLC) (MHB)
  )
v.  )
  )     **MOTION TO ADMIT**
  )     **COUNSEL *PRO HAC VICE***
FOCUS FEATURES, LLC and  )
UNIVERSAL ENTERTAINMENT  )
CORPORATION,  )
  )
        Defendants.  )
  )

*Granted -
[signature]
November 20, 2007*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Julie Rikelman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's name: | David L. Burg |
| Firm name: | NBC Universal, Inc. |
| Address: | 100 Universal City Plaza<br>Building 1280-6 |
| City/State/Zip: | Universal City, California  91608 |
| Phone Number: | (818) 777-1856 |
| Fax Number: | (818) 866-1999 |
| Email: | david.burg@nbcuni.com |

David L. Burg is a member in good standing of the Bar of the State of California.

There is no pending disciplinary proceeding against Mr. Burg in any State or Federal court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

Dated: November 8, 2007

                                      Respectfully submitted,

                                      */s/ Julie Rikelman*
                                      Julie Rikelman (JR 4888)
                                      30 Rockefeller Plaza
                                      Suite 1011E
                                      New York, New York 10112
                                      Telephone: (212) 664-4167
                                      Fax: (212) 664-6572
                                      Email: julie.rikelman@nbcuni.com

                                      Attorney for Defendant Focus Features LLC