UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Bethann Shannon

       Plaintiff                       07-cv-07926 (DLC)

    v.

Focus Features, LLC and
Universal Entertainment Corporation

       Defendants
_____

### NOTICE OF DISMISSAL

Plaintiff Bethann Shannon, pursuant to FRCP 41(a)(1) hereby dismisses defendant Universal Entertainment Corporation from this action.


Housatonic, MA
April 21, 2008


_____
Paul C. Rapp, Esq.  PR-7987
Attorney for Plaintiffs
348 Long Pond Road
Housatonic, MA  012365