```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
BETHANN SHANNON,                         :   07 CIV. 7926 (DLC)
                    Plaintiff,           :
                                         :      PRETRIAL
            -v-                          :   SCHEDULING ORDER
                                         :
FOCUS FEATURES, LLC and UNIVERSAL        :
ENTERTAINMENT CORPORATION,               :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08**

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on April 18, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **May 2, 2008**.

2.  The parties are instructed to contact the chambers of Magistrate Judge Dolinger prior to **June 13, 2008** in order to pursue settlement discussions under his supervision.

3.  All fact discovery must be completed by **September 26, 2008**.

4.  Defendants shall provide a letter to the Court by **September 26, 2008** as to whether expert discovery is necessary.

5.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    -   Motion served by **October 17, 2008**
    -   Opposition served by **November 7, 2008**
    -   Reply served by **November 14, 2008**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

6.  In the event no motion is filed, the Joint Pretrial Order must be filed by **October 17, 2008**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:    New York, New York
          April 22, 2008

                                    _____
                                           DENISE COTE
                                    United States District Judge