UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Bethann Shannon

       Plaintiff              07-cv-07926 (DLC)

   v.

Focus Features, LLC and
Universal Entertainment Corporation

       Defendants

---

NOTICE OF DISMISSAL

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/24/08

Plaintiff Bethann Shannon, pursuant to FRCP 41(a)(1) hereby dismisses defendant Universal Entertainment Corporation from this action.

Housatonic, MA
April 21, 2008

*[signature]*

Paul C. Rapp, Esq.   PR-7987
Attorney for Plaintiffs
348 Long Pond Road
Housatonic, MA  01 2365

So ordered.
*[signature]*
April 24, 2008