```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BETHANN SHANNON,                    :
                Plaintiff,          :     ORDER
                                    :
        -against-                   :     07 Civ. 7926 (DLC)(MHD)
                                    :
FOCUS FEATURES, LLC, et al.,        :
                Defendants.         :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby

**ORDERED** that a settlement conference has been scheduled in the above-captioned action on **FRIDAY, MAY 23, 2008 at 11:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       May 8, 2008

                        SO ORDERED.


                        _____
                        MICHAEL H. DOLINGER
                        UNITED STATES MAGISTRATE JUDGE




Copies of the foregoing Order have been sent today to:


Paul Charles Rapp, Esq.
The Law Firm of Paul C. Rapp
348 Long Pond Road
Housatonic, MA 01236
Fax: 413-528-2079

Julie Rikelman, Esq.
NBC Universal
30 Rockefeller Plaza
New York, NY 10112
Fax: 212-664-6572

David Loren Burg, Esq.
NBC Universal, Inc. (CA)
100 Universal City Plaza, Building 1280-6
Los Angeles, CA 91608
Fax: 818-866-1999