UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Bethann Shannon
    Plaintiff
       v.                            07-cv-07926 (DLC)

Focus Features, LLC and
Universal Entertainment Corporation
    Defendants

---

### Stipulation of Discontinuance with Prejudice

It is hereby stipulated and agreed to by and between the undersigned attorneys in the above captioned action:

1. No party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party to this action has an interest in the subject matter of this action; and

2. This action, be, and the same hereby is, discontinued with prejudice, each party to bear his or her or its own attorneys' fess and costs.

Dated June 18, 2008

---

Paul C. Rapp, Esq.
Attorney for Plaintiff Bethann
    Shannon
348 Long Pond Road
Housatonic, MA 01236
(413) 553-3189

Hilary Lane, Esq.
Attorney for Defendant Focus Features
NBC Universal
30 Rockefeller Plaza, Suite 1011E
New York, NY 10112-0002
(212) 664-2022